BEFORE THE SECOND DIVISION, JANUARY 14, 1959

No. 62675.—J. E. Bernard & Co., Inc. v. United States, protests 253371–K/6678, etc. (Chicago).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of copper rods similar in all material respects to those the subject of *H. J. Van Der Ryn, Inc., et al.* v. *United States* (40 Cust. Ct. 90, C.D. 1964), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JANUARY 14, 1959

No. 62676.—J. E. Bernard & Company, Inc. v. United States, protest 329410–K/9460 (Chicago).

Opinion by DONLON, J. The protest was dismissed as untimely.

BEFORE THE THIRD DIVISION, JANUARY 15, 1959

No. 62677.—H. Johnson & Co. v. United States, protests 145861–K and 147492–K (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of olives in brine similar in all material respects to those the subject of *Moscahlades Bros., Inc.* v. *United States* (39 Cust. Ct. 127, C.D. 1917), the claim of the plaintiff was sustained.

No. 62678.—Part Transferee—John Alban & Co., Inc., et al. v. United States, protests 161790–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of olives in brine similar in all material respects to those the subject of *Moscahlades Bros., Inc.* v. *United States* (39 Cust. Ct. 127, C.D. 1917), the claim of the plaintiffs was sustained.

JANUARY 13, 1959

No. 62679.—SUIT 4922.—J. Eisenberg, Inc. v. United States.— C.D. 1865 affirmed April 23, 1958. C.A.D. 687.